Paul Henry **PICCOT, Plaintiff–Appellant,**

v.

Robert G. **BORG; et al., Defendants–Appellees.**

No. 00–16775.

D.C. # CV–94–01981–WBS.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Sept. 10, 2001.\*

Decided Sept. 20, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM \*\*

Paul Piccot, a California state prisoner, appeals pro se the jury award in his 42

U.S.C. § 1983 action on his claims of failure to protect and retaliation. We have jurisdiction pursuant to 28 U.S.C. § 1291. We are unable to review Piccot's contention that the jury's award was too small and contrary to the evidence because Piccot failed to provide trial transcripts. *See* Fed. R.App. P. 10(b)(2); *Syncom Capital Corp. v. Wade,* 924 F.2d 167, 169 (9th Cir.1991) (per curiam). Accordingly, we dismiss the appeal.

**DISMISSED.**

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

